COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-056-CV

R. MICHAEL WALLACE APPELLANTS

AND EDWARD S. ABBOTT

V.

WELLS FARGO BANK, NATIONAL APPELLEES

ASSOCIATION, AS TRUSTEE, AND 

1201 AVENUE J, L.L.C.

----------

FROM THE 48
TH
 DISTRICT COURT 
OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered Appellants’ “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

See 
Tex. R. App P.
 
43.4.

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: June 1, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.